UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **TRAIL MARINE, LLC** | **CIVIL DOCKET NO. 6:22-CV-02050** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **TEXAS PETROLEUM INVESTMENT COMPANY** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record and after consideration of the objection filed [Doc. 14], this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION ("R&R") [Doc. 13] is correct and adopts the findings and conclusions therein as its own.

Accordingly,

IT IS HEREBY ORDERED that, consistent with the R&R, Defendant, Texas Petroleum Investment Company's MOTION TO DISMISS [Doc. 7] is GRANTED IN PART AND DENIED IN PART. The Motion is granted insofar as it seeks to dismiss Trail Marine's claims for charter hire after the vessel's total loss. The motion is denied in all other respects.

THUS, DONE AND SIGNED in Chambers on this 21st day of November 2022.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE